**John D. HUDSON, Appellant**

v.

**Benjamin MARTINEZ, Acting Chairman, Pennsylvania Board of Probation & Parole, Appellee.**

Supreme Court of Pennsylvania.

Oct. 7, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of October, 2004, probable jurisdiction is noted and the order appealed is affirmed.

---

**James BROWN, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

Oct. 14, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of October, 2004, probable jurisdiction is noted and the order appealed is affirmed.